IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

HENRY A. A.-Q., §
§
Petitioner, §
§
V. § No. 3:26-cv-605-K
§
WARDEN, PRAIRIELAND §
DETENTION CENTER, §
§
Respondent. §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Petitioners' motion for preliminary injunction [Dkt. No. 11] is DENIED.

SO ORDERED.

Signed June 2nd, 2026.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE